MR. CHARLES A. JACKSON

NO: 1101342

MARK STILES 3060 FM 3514

BEAUMONT, TEXAS 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS

OF TEXAS

P.O. BOX 12308, CAPITOL STATION,

AUSTIN, TEXAS 78711

TR.CT. NO. C-1-010414-0810273-B

WR -79,910-02

DATE 10-18-15

DEAR CLERK,

THE APPLICANT IN THE ABOVE NUMBERED CAUSE HAS RECENTLY SENT IN HIS OBJECTION AND ADVISEMENT FOR THE COURT TO TAKE JUDICIAL NOTICE OF OF ADJUDICATED FACTS ON 10-06-15. THE APPLICANT DID SEND HIS OBJECTION TO THE TRIAL COURTS DISTRICT CLERK BUT WHILE APPLICANT'S OBJECTION WAS ON THE WAY TO THE TRIAL COURTS DISTRICT CLERK HIS WRIT WAS ALREADY ON THE WAY TO YOUR OFFICE THE COURT OF CRIMINAL APPEALS. THAT IS THE REASON WHY APPLICANT SENT HIS OBJECTION TO YOU . THE APPLICANT WAS NOT SURE THAT THE TRIAL COURTS DISTRICT CLERK WOULD FORWARD HIS OBJECTION TO YOU THE APPLICANT RECIEVED NOTICE FROM THE TRIAL COURT DISTRICT CLERK ON 10-12-15 that his objection was FILED BUT THERE WAS NO MENTIONING BY THE DISTRICT CLERK THAT HIS OBJECTION HAD BEEN OR WAS BEING FORWARDED TO YOUR OFFICE FOR CONSIDERATION. THE APPLICANT HAS WRITTEN TO THE DISTRICT CLERK REQUESTING THAT HIS OBJECTION BE FORWARDED TO YOU AND I AM ENCLOSING A COPY OF THIS LETTER. THE APPLICANT DOES NOT WISH TO TROUBLE THIS COURT BUT ONLY WANTS EVER ASPECT OF HIS WRIT TO BE CONSIDERED ALL

1

IN THE INTREST OF JUSTICE THE APPLICANT PRAYS THAT THE CLERK OF THIS HONORABLE COURT WOULD FILE HIS OBJECTION FOR CONSIDERATION OR INFORM THE TRIAL COURTS DISTRICT CLERK TO FORWARD APPLICANT'S OBJECTION.

APPLICANT ALSO PRAYS THAT THIS  HONORABLE COURT WOULD FILE HIS ADVERSIMENT OF JUDICAL NOTICE WHICH HE FILED WITH THIS COURT ON 10-06-15 FOR CONSIDERATION OF ADJUDICATED FACTS REGUARDING HIS WRIT.

APPLICANT REQUEST THAT THE CLERK OF THIS COURT PLEASE SEND HIM A COPY OF ALL FILINGS REGUARDING HIS WRIT. PLEASE FORWARD APPLICANT A COPY OF THE DOCKET SHEET FOR HIS WRIT.

THANK YOU FOR YOUR PROMPT ATTENTION IN THIS MATTER.

_____
RESPECTFULLY SUBMITTED

C

MR. CHARLES A. JACKSON
NO. 1101342
MARK STILES 3060 FM 3514
BEAUMONT, TEXAS 77705

TARRANT COUNTY
THOMAS A. WILDER
DISTRICT CLERK
401 W. BELKNAP ST.
FORT WORTH, TEXAS 76196-0402

WRIT NO. C-1-010414-0810273-B

DATE: 10-16-15

DEAR CLEARK PLEASE BE ADVISED THAT THE APPLICANT IN THE ABOVE
NUMBERED PROSE CAUSE HAS FILED HIS OBJECTION WITH THE COURT.
ON 10-04-15 ALTHOUGH YOUR OFFICE DID NOT FILE APPLICANTS OBJECTION
UNTIL 10-12-15 SOME FIVE BUSINESS DAYS LATTER. THE UNIT MAIL POST
LOGS WILL SHOW YHAT APPLICANT OBJECTION WAS MAILED IN THE REQUIRED
TIME RESTRAINTS. HOWEVER THE APPLICANT STILL WAS NOT AFFORDED A
CHANCE TO OBJECT BY THE DISTRICT ATTORNEY AND CRIMINAL DISTRICT
COURT NO: ONE DENYING APPLICANT'S WRIT SO QUICKLY, WITHOUT THE
APPLICANT BEING ALLOWED THE    10 DAYS REQUIRED BY LAW TO OBJECT.

THE APPLICANT HAS RECIEVED NOTICE FROM YOUR OFFICE THAT YOU FILED
HIS OBJECTION ON 10-12-15. THE APPLICANT NOW REQUESTTHAT PURSAUNT
TO THE TEX. RULES OF EVID. AND THE TEX. R. OF APP. PROC. 73.3(B1)
THAT YOU IMMEADITLY FORWARD HIS OBJECTION TO THE STATE'S PROPOSED
FACTS FINDINGS AND CONCLUSION OF LAW AND ANY OTHER DOCUMENTS REGU-
arding his writ . to the court of criminal appeals clerk for
CONSIDERATION . A COPY OF THIS LETTER WILL BE FORWARDED TU    TO
THE COURT CLERK OF THE COURT OF CRIMINAL APPEALS. THE APPLICANT
ALSO REQUES THAT YOU NOTIFY HIM IN WRITTING THAT HIS OBJECTION HAS
BEEN FORWARBED TO THE COURT OF CRIMINAL APPEALS. THANK YOU FOR
TOUR PROMPT ATTENTION IN THIS MATTER,

FILE DATE STAMP AND RETURN:

RESPECTFULLY SUBMITTED,